THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST; and WESTERN WASHINGTON CEMENT MASONS JOURNEYMAN AND APPRENTICE TRAINING TRUST,<br><br>            Plaintiffs,<br>     v.<br><br>SPOKANE CONCRETE LLC, a Washington limited liability company, Contractor's License No. SPOKACL849Oa, UBI No. 604 017 381,<br><br>            Defendant. | NO.  2:21-cv-00210-TSZ<br><br><br><br>ORDER |

THIS MATTER, having come on regularly before this court upon motion of plaintiffs, and this court having before it the declaration of counsel filed in support of this motion and being otherwise duly advised in the premises,

NOW, THEREFORE, it is ADJUDGED AND ORDERED as follows:

ORDER
CAUSE NO. 2:21-cv-00210-TSZ - 1

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900



1. The production of records in the possession of the Washington State Employment Security Department regarding employees of Spokane Concrete LLC for the period of January 2020 through current is necessary for the prosecution of plaintiffs' case.

2. This necessity outweighs any interest in the confidentiality or privacy of this information of the individual employees, if counsel for plaintiffs treats these records as confidential and discloses only such information as is necessary to prosecute this action.

3. Pursuant to RCW 50.13.070, the Washington State Employment Security Department is now ORDERED to produce copies of originals of all documents or records in its possession related to employee reports of Spokane Concrete LLC at a mutually agreed time and place between the Department and attorneys for the plaintiffs, but in any case and failing agreement, at the offices of the attorneys for the plaintiffs within twenty (20) days of the date of service of this Order upon the Department.

Dated this 24th day of August, 2021.

_____
Thomas S. Zilly
United States District Judge

ORDER
CAUSE NO. 2:21-cv-00210-TSZ - 2

Presented by:

*/s/ Noelle E. Dwarzski*
Noelle E. Dwarzski, WSBA #40041
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
Attorneys for Plaintiffs

ORDER
CAUSE NO. 2:21-cv-00210-TSZ - 3

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

