UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARDS OF TRUSTEES OF THE
CEMENT MASONS & PLASTERERS
HEALTH & WELFARE TRUST, et al.

               Plaintiffs,

v.

SPOKANE CONCRETE LLC,

               Defendant.

C21-210 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Plaintiffs' motion for default judgment, docket no. 18, is DENIED without prejudice. On June 15, 2021, default was entered against defendant Spokane Concrete LLC, _see_ Order (docket no. 10), based on plaintiffs having deposited copies of the summons and complaint with the Office of the Washington Secretary of State, after attempting without success to serve defendant at 8202 East Liberty Avenue, Spokane Valley, WA 99212 (the residence of defendant's former registered agent, Dan Robinson), and 10610 East Empire Avenue, Spokane Valley, WA 99206 (the prior residence of Colt Doe aka Colt McIntyre). _See_ Dwarzski Decl. at ¶¶ 2–5 & Ex. A (docket no. 9); Decls. of Non-Service (docket nos. 5 & 6). Plaintiffs appear to have made no effort to serve defendant at its principal place of business, 4211 North Best Road, Spokane Valley, WA 99216, an address listed on Spokane Concrete LLC's 2020 Annual Report, a copy of which was attached to plaintiffs' Status Report filed on April 20, 2021. _See_ Ex. A to Status Report (docket no. 7 at 5–7). Spokane Concrete LLC's 2021 Annual Report, which was filed with the Washington Secretary of State on November 17, 2021, lists Colt McIntyre as its registered agent, with an address of 4211 North Best Road, Spokane

MINUTE ORDER - 1

Valley, WA 99216.  *See* https://www.sos.wa.gov/corps/ (search results attached hereto as Exhibit A).  Within fourteen (14) days of the date of this Minute Order, plaintiffs are DIRECTED to show cause why the Order entering default against Spokane Concrete LLC, docket no. 10, should not be vacated.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant Spokane Concrete LLC c/o Colt McIntyre at 4211 North Best Road, Spokane Valley, WA 99216.

Dated this 2nd day of May, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2