UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARDS OF TRUSTEES OF THE
CEMENT MASONS & PLASTERERS
HEALTH & WELFARE TRUST, et al.,

    Plaintiffs,

v.

SPOKANE CONCRETE LLC,

    Defendant.

C21-210 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On May 2, 2022, the Court entered a minute order, docket no. 22, directing Plaintiffs to show cause why the Order entering default against Spokane Concrete LLC, docket no. 10, should not be vacated. Having reviewed Plaintiffs' response, docket no. 23, the Court will not vacate the Order entering default against Spokane Concrete LLC.

(2) Plaintiffs are DIRECTED to file, on or before July 7, 2022, either (i) a motion for default judgment, or (ii) a status report indicating why such motion cannot or will not be filed and whether this case may be dismissed without prejudice and without costs.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of June, 2022.

                                              Ravi Subramanian
                                              Clerk

                                              s/Gail Glass
                                              Deputy Clerk

MINUTE ORDER - 1